UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISTI WORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:10-0404 |
| | ) Judge Haynes/Bryant |
| TENT RESTAURANT OPERATIONS, | ) **Jury Demand** |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

This case has been referred to the undersigned by the District Judge for further proceedings (Docket Entry No. 9). An initial case management conference is set before the undersigned Magistrate Judge on **Monday, June 21, 2010, at 11:30 a.m.,** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. A proposed case management order shall be filed three (3) business days prior to June 21, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge