UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISTI WORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-0404 |
| | ) JUDGE HAYNES |
| TENT RESTAURANT OPERATIONS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 24) to grant Plaintiff's motion for voluntary dismissal (Docket Entry No. 20), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to which the defendant has not any objection..

After de novo review, the Report and Recommendation is **ADOPTED** and Plaintiff's motion for voluntary dismissal pursuant to Rule 41(a)(2) is **GRANTED**. This action is **DISMISSED with out prejudice**. The Defendant's motion for summary judgment (Docket Entry No. 21) is **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge